UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEE YUN KIM,<br><br>    Plaintiff,<br><br>v.<br><br>ACCIDENT INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 3:23-cv-01220<br><br>Magistrate Judge Alistair E. Newbern |

# ORDER

The parties have filed a joint stipulation for dismissal with prejudice in which they state that they have "amicably resolved all claims and controversies between them" which were or could have been raised in this action and that "each party shall bear its own attorneys' fees and costs." (Doc. No. 130.) The parties do not cite Federal Rule of Civil Procedure 41(a)(1)(ii) as the basis for their joint stipulation. However, because their filing meets that rule's requirements for voluntary dismissal, the Court DISMISSES this action WITH PREJUDICE on its authority.

The Clerk's Office is DIRECTED to close the case file.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge